Before we begin, counsel for our last case, Country, is counsel present for Country Gas? Yes. Late yesterday afternoon we reached a settlement on this case subject to approval by the commission. Okay. So you wish at this point not to continue with the oral arguments in this session? Yes. We'd prefer to continue them, Judge. Counsel, go ahead. You want to continue them or do you want to waive them? No, I would rather continue them if for some reason there's a problem with the Well, you know, we've had this problem. We've got a problem with the same problem tomorrow. You know, we prepare for these cases. I understand. And when you do this to us, generally what we do is we tell you you can argue your case and we just won't issue an opinion for 30 days or you can waive the orals. But you can't expect us to reprepare for this case again because you waited until the day before or else the settlement. So take your choice as far as I'm concerned. Either waive them or argue it today will delay the issuance of the oral or the issuance of the oral. I think you can understand we're fully prepared to hear orals today. And we certainly have the right to waive. And we would then hold the decision for a period of time. Are you confident your settlement negotiates? My client at 4 o'clock in the afternoon yesterday agreed to the settlement. That's when I let the Speaker know that he did agree. The only problem is obviously it's up to the Commission to finalize the settlement. So until it's finalized, it's really not a done deal until everyone's signed off, including the arbitrators. What is the length of time, just for our information, submitting a settlement before approval by the Commission? We should have the contracts to Mr. Tewitt by Wednesday or Thursday of this week. So you're talking 30 days, you'll either yay or nay? Yes. Okay. The preference of this Court has been that these circumstances, that orals are waived and that we hold any decision for a period of 30 days. So if that's acceptable to counsel, then we will not hear your oral today. Now, for the record, this is Case 213-1336WC, Country Gas Company, Energy Propane, B. Gary D. Collins. And for the record, would you each state your name and who you represent? Martin Spiegel for the appellant, Country Gas. Gregory Tewitt for Gary Collins. Very well. So is that your pleasure? Yes, Judge. From our perspective, we'll agree to waive the orals pending approval of the settlement contracts by the Industrial Commission or workers' compensation. Well, you'll be waiving orals. Waiving my orals, yes. Correct. And the Court will issue a decision no sooner than 30 days if hearing nothing further. That's fine. Thank you, and I apologize for the late notice. Very well. Let those things happen. Understood. Thank you.